IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
AT CLARKSBURG

| | |
|---|---|
| ABBOTT LABORATORIES, an Illinois corporation,<br><br>Plaintiff,<br><br>v.<br><br>MYLAN PHARMACEUTICALS INC., a West Virginia corporation,<br><br>Defendant. | Civil Action No. 1:05-CV-00150<br><br>Judge Irene M. Keeley |

### ORDER OF TRANSFER

This cause coming to be heard on Abbott Laboratories' *Combined Motion To Dismiss Or, In The Alternative, Transfer And Response In Opposition To Mylan's Motion For Leave To Amend Counterclaims*, and the Court having been fully informed of the premises, it is hereby ORDERED THAT this matter be transferred to the U.S. District Court for the Northern District of Illinois pursuant to 28 U.S.C. § 1404(a). Each party will bear its own costs.

Dated: *May 11, 2006*

_____
Honorable Irene M. Keeley
U.S. District Judge